IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANNIE ALEXANDER,

    Plaintiff,

v.

RITE AID PHARMACY; CAROL BRUCE; and VIVIAN RODRIGUEZ,

    Defendants.

CIVIL ACTION NO.: CV510-006

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The captioned case is **DISMISSED**, without prejudice, as Plaintiff failed to file a complaint with the U.S. Equal Employment Commission prior to filing this action.

**SO ORDERED**, this 16 day of February, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)